392 A.2d 324

**COMMONWEALTH of Pennsylvania**

v.

**Samuel McDaniels REID, a/k/a Samuel McDaniels a/k/a Samuel Reid a/k/a Lucky, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 22, 1978.

Decided Oct. 27, 1978.

Bruce D. Foreman, Harrisburg, for appellant.

Marion E. MacIntyre, Second Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### ORDER

PER CURIAM.

The order of the court below denying post conviction relief is affirmed.